# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000 DALLAS, TX 75201 |

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322 Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 9/10/2021 |
| **Pay Period:** | 8/22/2021 - 9/4/2021 |
| **Deposit Advice #:** | 421562468 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 8/22/2021 | 8/28/2021 | 38.10 | 17.0000 | $647.70 |
| Regular | 8/29/2021 | 9/4/2021 | 40.00 | 17.0000 | $680.00 |
| Weekend Work | 8/29/2021 | 9/4/2021 | 4.00 | 17.0000 | $68.00 |
| Overtime | 8/29/2021 | 9/4/2021 | 2.60 | 25.5000 | $66.30 |
| Txbl NonCash OT | 8/22/2021 | 9/4/2021 | | | $4.38 |
| Group Term Life | 8/22/2021 | 9/4/2021 | | | $0.78 |
| Taxable Non Cash | 8/22/2021 | 9/4/2021 | | | $269.31 |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000, DALLAS, TX 75201 |

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322, Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 9/10/2021 |
| **Pay Period:** | 8/22/2021 - 9/4/2021 |
| **Deposit Advice #:** | 421562468 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

| | Current 8/22/2021 - 9/4/2021 | | | YTD As of 9/4/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 84.70 | | $1,466.38 | 1,529.82 | $29,541.48 |
| Regular | 78.10 | 17.0000 | $1,327.70 | 1,196.02 | $20,332.31 |
| Holiday | | | | 43.00 | $731.00 |
| Bereavement | | | | 16.00 | $272.00 |
| Weekend Work | 4.00 | 17.0000 | $68.00 | 60.00 | $1,020.00 |
| Vacation | | | | 40.00 | $680.00 |
| Sick | | | | 19.00 | $323.00 |
| Overtime | 2.60 | 25.5000 | $66.30 | 35.80 | $912.90 |
| Discretionary | | | | | $2,720.00 |
| Leasing Bonus | | | | | $450.00 |
| Txbl NonCash OT | | | $4.38 | | $60.27 |
| COVID Isolation | | | | 120.00 | $2,040.00 |
| **Taxable Benefits** | | | $270.09 | | $4,861.62 |
| Group Term Life | | | $0.78 | | $14.04 |
| Taxable Non Cash | | | $269.31 | | $4,847.58 |
| **Pre-Tax Deductions** | | | $72.93 | | $1,312.74 |
| Dental Ins | | | $8.31 | | $149.58 |
| Medical Ins | | | $64.62 | | $1,163.16 |
| **Taxes** | | | $261.21 | | $5,200.69 |
| Fed W/H | | | $133.95 | | $2,669.28 |
| FICA EE | | | $103.14 | | $2,051.60 |
| Fed MWT EE | | | $24.12 | | $479.81 |
| **Post-Tax Deductions** | | | $514.35 | | $8,749.55 |
| VADD | | | $1.45 | | $26.10 |
| Vlife | | | $4.15 | | $74.70 |
| Rent | | | $508.75 | | $8,648.75 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $617.89 | | $14,278.50 |
| Direct Deposit | 061092387 | XXXXX3998 | $617.89 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Sick Balance: | 21 Hours | | |
| Vacation Balance: | 39.46 Hours | Vacation Accrued: | 3.08 Hours |
| 2020-2021 Vacation Correction Balance: | Hours | | |

# LINCOLN PROPERTY COMPANY

| | | |
|---|---|---|
| **Employee Name:** | Rodrick L Jones | |
| **Employee #:** | 00112748 | |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322 Atlanta, GA 30318 | |
| **Department:** | RES Maintenance | |

| | |
|---|---|
| **Pay Date:** | 8/27/2021 |
| **Pay Period:** | 8/8/2021 - 8/21/2021 |
| **Deposit Advice #:** | 418402080 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000 DALLAS, TX 75201 |

| | Current 8/8/2021 - 8/21/2021 | | | YTD As of 8/21/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 83.70 | | $1,422.90 | 1,445.12 | $28,075.10 |
| Regular | 19.70 | 17.0000 | $334.90 | 1,117.92 | $19,004.61 |
| Holiday | | | | 43.00 | $731.00 |
| Bereavement | | | | 16.00 | $272.00 |
| Weekend Work | 8.00 | 17.0000 | $136.00 | 56.00 | $952.00 |
| Vacation | | | | 40.00 | $680.00 |
| Sick | | | | 19.00 | $323.00 |
| Overtime | | | | 33.20 | $846.60 |
| Discretionary | | | | | $2,720.00 |
| Leasing Bonus | | | | | $450.00 |
| Txbl NonCash OT | | | | | $55.89 |
| COVID Isolation | 56.00 | 17.0000 | $952.00 | 120.00 | $2,040.00 |
| **Taxable Benefits** | | | $270.09 | | $4,591.53 |
| Group Term Life | | | $0.78 | | $13.26 |
| Taxable Non Cash | | | $269.31 | | $4,578.27 |
| **Pre-Tax Deductions** | | | $72.93 | | $1,239.81 |
| Dental Ins | | | $8.31 | | $141.27 |
| Medical Ins | | | $64.62 | | $1,098.54 |
| **Taxes** | | | $252.67 | | $4,939.48 |
| Fed W/H | | | $128.74 | | $2,535.33 |
| FICA EE | | | $100.44 | | $1,948.46 |
| Fed MWT EE | | | $23.49 | | $455.69 |
| **Post-Tax Deductions** | | | $514.35 | | $8,235.20 |
| VADD | | | $1.45 | | $24.65 |
| Vlife | | | $4.15 | | $70.55 |
| Rent | | | $508.75 | | $8,140.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $582.95 | | $13,660.61 |
| Direct Deposit | 061092387 | XXXXX3998 | $582.95 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Sick Balance: | 21 Hours | | |
| Vacation Balance: | 36.38 Hours | Vacation Accrued: | 3.08 Hours |
| 2020-2021 Vacation Correction Balance: | Hours | | |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000 DALLAS, TX 75201 |

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322 Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 8/27/2021 |
| **Pay Period:** | 8/8/2021 - 8/21/2021 |
| **Deposit Advice #:** | 418402080 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 8/15/2021 | 8/21/2021 | 19.70 | 17.0000 | $334.90 |
| Weekend Work | 8/15/2021 | 8/21/2021 | 8.00 | 17.0000 | $136.00 |
| COVID Isolation | 8/8/2021 | 8/14/2021 | 40.00 | 17.0000 | $680.00 |
| COVID Isolation | 8/15/2021 | 8/21/2021 | 16.00 | 17.0000 | $272.00 |
| Group Term Life | 8/8/2021 | 8/21/2021 | | | $0.78 |
| Taxable Non Cash | 8/8/2021 | 8/21/2021 | | | $269.31 |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| Employee Name: | Rodrick L Jones |
| Employee #: | 00112748 |
| Employee Address: | 900 Joseph E Lowery Blvd NW Apt 322 Atlanta, GA 30318 |
| Department: | RES Maintenance |
| Pay Date: | 8/13/2021 |
| Pay Period: | 7/25/2021 - 8/7/2021 |
| Deposit Advice #: | 415055417 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | A; Exempt (GA) |
| State Exemptions: | 0 (GA) |
| Employer Name: | LINCOLN PROPERTY CO., ECW |
| Employer Phone: | 214-740-4440 |
| Employer Address: | 2000 MCKINNEY AVENUE, SUITE 1000 DALLAS, TX 75201 |

| | Current 7/25/2021 - 8/7/2021 | | | YTD As of 8/7/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 76.85 | | $1,306.45 | 1,361.42 | $26,652.20 |
| Regular | | | | 1,098.22 | $18,669.71 |
| Holiday | 12.85 | 17.0000 | $218.45 | 43.00 | $731.00 |
| Bereavement | | | | 16.00 | $272.00 |
| Weekend Work | | | | 48.00 | $816.00 |
| Vacation | | | | 40.00 | $680.00 |
| Sick | | | | 19.00 | $323.00 |
| Overtime | | | | 33.20 | $846.60 |
| Discretionary | | | | | $2,720.00 |
| Leasing Bonus | | | | | $450.00 |
| Txbl NonCash OT | | | | | $55.89 |
| COVID Isolation | 64.00 | 17.0000 | $1,088.00 | 64.00 | $1,088.00 |
| **Taxable Benefits** | | | $270.09 | | $4,321.44 |
| Group Term Life | | | $0.78 | | $12.48 |
| Taxable Non Cash | | | $269.31 | | $4,308.96 |
| **Pre-Tax Deductions** | | | $72.93 | | $1,166.88 |
| Dental Ins | | | $8.31 | | $132.96 |
| Medical Ins | | | $64.62 | | $1,033.92 |
| **Taxes** | | | $229.78 | | $4,686.81 |
| Fed W/H | | | $114.76 | | $2,406.59 |
| FICA EE | | | $93.22 | | $1,848.02 |
| Fed MWT EE | | | $21.80 | | $432.20 |
| **Post-Tax Deductions** | | | $514.35 | | $7,720.85 |
| VADD | | | $1.45 | | $23.20 |
| Vlife | | | $4.15 | | $66.40 |
| Rent | | | $508.75 | | $7,631.25 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $489.39 | | $13,077.66 |
| Direct Deposit | 061092387 | XXXXX3998 | $489.39 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Sick Balance: | 21 Hours | Vacation Accrued: | 2.96 Hours |
| Vacation Balance: | 33.3 Hours | | |
| 2020-2021 Vacation Correction Balance: | Hours | | |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| Employer Name: | LINCOLN PROPERTY CO., ECW |
| Employer Phone: | 214-740-4440 |
| Employer Address: | 2000 MCKINNEY AVENUE, SUITE 1000 DALLAS, TX 75201 |

| | |
|---|---|
| Employee Name: | Rodrick L Jones |
| Employee #: | 00112748 |
| Employee Address: | 900 Joseph E Lowery Blvd NW Apt 322 Atlanta, GA 30318 |
| Department: | RES Maintenance |

| | |
|---|---|
| Pay Date: | 8/13/2021 |
| Pay Period: | 7/25/2021 - 8/7/2021 |
| Deposit Advice #: | 415055417 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No/$0.00 |
| State Filing Status: | A; Exempt (GA) |
| State Exemptions: | 0 (GA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 7/25/2021 | 7/31/2021 | 12.85 | 17.0000 | $218.45 |
| COVID Isolation | 7/25/2021 | 7/31/2021 | 24.00 | 17.0000 | $408.00 |
| COVID Isolation | 8/1/2021 | 8/7/2021 | 40.00 | 17.0000 | $680.00 |
| Group Term Life | 7/25/2021 | 8/7/2021 | | | $0.78 |
| Taxable Non Cash | 7/25/2021 | 8/7/2021 | | | $269.31 |

# LINCOLN PROPERTY COMPANY

| | | |
|---|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW | |
| **Employer Phone:** | 214-740-4440 | |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000, DALLAS, TX 75201 | |

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322, Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 7/30/2021 |
| **Pay Period:** | 7/11/2021 - 7/24/2021 |
| **Deposit Advice #:** | 411743031 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

| | Current 7/11/2021 - 7/24/2021 | | | YTD As of 7/24/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 74.57 | | $1,467.63 | 1,284.57 | $25,345.75 |
| Regular | 58.57 | 17.0000 | $995.63 | 1,085.37 | $18,451.26 |
| Holiday | | | | 43.00 | $731.00 |
| Bereavement | | | | 16.00 | $272.00 |
| Weekend Work | | | | 48.00 | $816.00 |
| Vacation | 16.00 | 17.0000 | $272.00 | 40.00 | $680.00 |
| Sick | | | | 19.00 | $323.00 |
| Overtime | | | | 33.20 | $846.60 |
| Discretionary | | | | | $2,720.00 |
| Leasing Bonus | | | $200.00 | | $450.00 |
| Txbl NonCash OT | | | | | $55.89 |
| **Taxable Benefits** | | | $270.09 | | $4,051.35 |
| Group Term Life | | | $0.78 | | $11.70 |
| Taxable Non Cash | | | $269.31 | | $4,039.65 |
| **Pre-Tax Deductions** | | | $72.93 | | $1,093.95 |
| Dental Ins | | | $8.31 | | $124.65 |
| Medical Ins | | | $64.62 | | $969.30 |
| **Taxes** | | | $261.46 | | $4,457.03 |
| Fed W/H | | | $134.10 | | $2,291.83 |
| FICA EE | | | $103.22 | | $1,754.80 |
| Fed MWT EE | | | $24.14 | | $410.40 |
| **Post-Tax Deductions** | | | $5.60 | | $7,206.50 |
| VADD | | | $1.45 | | $21.75 |
| Vlife | | | $4.15 | | $62.25 |
| Rent | | | | | $7,122.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,127.64 | | $12,588.27 |
| Direct Deposit | 061092387 | XXXXX3998 | $1,127.64 | | |

| Accruals & Balances | | | | | |
|---|---|---|---|---|---|
| Sick Balance: | 21 Hours | | | | |
| Vacation Balance: | 30.34 Hours | Vacation Accrued: | 2.87 Hours | Vacation Taken: | 16 Hours |
| 2020-2021 Vacation Correction Balance: | Hours | | | | |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000, DALLAS, TX 75201 |

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322, Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 7/30/2021 |
| **Pay Period:** | 7/11/2021 - 7/24/2021 |
| **Deposit Advice #:** | 411743031 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 7/11/2021 | 7/17/2021 | 25.80 | 17.0000 | $438.60 |
| Regular | 7/18/2021 | 7/24/2021 | 32.77 | 17.0000 | $557.03 |
| Vacation | 7/11/2021 | 7/17/2021 | 16.00 | 17.0000 | $272.00 |
| Leasing Bonus | 7/11/2021 | 7/17/2021 | | | $200.00 |
| Group Term Life | 7/11/2021 | 7/24/2021 | | | $0.78 |
| Taxable Non Cash | 7/11/2021 | 7/24/2021 | | | $269.31 |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000, DALLAS, TX 75201 |

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322, Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 7/16/2021 |
| **Pay Period:** | 6/27/2021 - 7/10/2021 |
| **Deposit Advice #:** | 408622598 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

| | Current 6/27/2021 - 7/10/2021 | | | YTD As of 7/10/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 91.40 | | $1,553.80 | 1,210.00 | $23,878.12 |
| Regular | 68.40 | 17.0000 | $1,162.80 | 1,026.80 | $17,455.63 |
| Holiday | 16.00 | 17.0000 | $272.00 | 43.00 | $731.00 |
| Bereavement | | | | 16.00 | $272.00 |
| Weekend Work | 7.00 | 17.0000 | $119.00 | 48.00 | $816.00 |
| Vacation | | | | 24.00 | $408.00 |
| Sick | | | | 19.00 | $323.00 |
| Overtime | | | | 33.20 | $846.60 |
| Discretionary | | | | | $2,720.00 |
| Leasing Bonus | | | | | $250.00 |
| Txbl NonCash OT | | | | | $55.89 |
| **Taxable Benefits** | | | $270.09 | | $3,781.26 |
| Group Term Life | | | $0.78 | | $10.92 |
| Taxable Non Cash | | | $269.31 | | $3,770.34 |
| **Pre-Tax Deductions** | | | $72.93 | | $1,021.02 |
| Dental Ins | | | $8.31 | | $116.34 |
| Medical Ins | | | $64.62 | | $904.68 |
| **Taxes** | | | $278.39 | | $4,195.57 |
| Fed W/H | | | $144.44 | | $2,157.73 |
| FICA EE | | | $108.56 | | $1,651.58 |
| Fed MWT EE | | | $25.39 | | $386.26 |
| **Post-Tax Deductions** | | | $514.35 | | $7,200.90 |
| VADD | | | $1.45 | | $20.30 |
| Vlife | | | $4.15 | | $58.10 |
| Rent | | | $508.75 | | $7,122.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $688.13 | | $11,460.63 |
| Direct Deposit | 061092387 | XXXXX3998 | $688.13 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Sick Balance: | 21 Hours | | |
| Vacation Balance: | 43.47 Hours | Vacation Accrued: | 3.08 Hours |
| 2020-2021 Vacation Correction Balance: | Hours | | |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO. , ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000 DALLAS, TX 75201 |

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322 Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 7/16/2021 |
| **Pay Period:** | 6/27/2021 - 7/10/2021 |
| **Deposit Advice #:** | 408622598 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 6/27/2021 | 7/3/2021 | 36.07 | 17.0000 | $613.14 |
| Regular | 7/4/2021 | 7/10/2021 | 32.33 | 17.0000 | $549.66 |
| Holiday | 7/4/2021 | 7/10/2021 | 16.00 | 17.0000 | $272.00 |
| Weekend Work | 6/27/2021 | 7/3/2021 | 4.00 | 17.0000 | $68.00 |
| Weekend Work | 7/4/2021 | 7/10/2021 | 3.00 | 17.0000 | $51.00 |
| Group Term Life | 6/27/2021 | 7/10/2021 | | | $0.78 |
| Taxable Non Cash | 6/27/2021 | 7/10/2021 | | | $269.31 |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| Employer Name: | LINCOLN PROPERTY CO., ECW |
| Employer Phone: | 214-740-4440 |
| Employer Address: | 2000 MCKINNEY AVENUE, SUITE 1000, DALLAS, TX 75201 |

| | |
|---|---|
| Employee Name: | Rodrick L Jones |
| Employee #: | 00112748 |
| Employee Address: | 900 Joseph E Lowery Blvd NW Apt 322, Atlanta, GA 30318 |
| Department: | RES Maintenance |

| | |
|---|---|
| Pay Date: | 7/2/2021 |
| Pay Period: | 6/13/2021 - 6/26/2021 |
| Deposit Advice #: | 405429421 |
| Pay Frequency: | Bi-Weekly |
| Federal Filing Status: | Single |
| Federal 2c/Extra Withholding: | No |
| State Filing Status: | A; Exempt (GA) |
| State Exemptions: | 0 (GA) |

| | Current 6/13/2021 - 6/26/2021 | | | YTD As of 6/26/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 82.95 | | $1,431.53 | 1,118.60 | $22,324.32 |
| Regular | 72.85 | 17.0000 | $1,238.45 | 958.40 | $16,292.83 |
| Holiday | | | | 27.00 | $459.00 |
| Bereavement | | | | 16.00 | $272.00 |
| Weekend Work | | | | 41.00 | $697.00 |
| Vacation | | | | 24.00 | $408.00 |
| Sick | 8.00 | 17.0000 | $136.00 | 19.00 | $323.00 |
| Overtime | 2.10 | 25.5000 | $53.55 | 33.20 | $846.60 |
| Discretionary | | | | | $2,720.00 |
| Leasing Bonus | | | | | $250.00 |
| Txbl NonCash OT | | | $3.53 | | $55.89 |
| **Taxable Benefits** | | | $270.09 | | $3,511.17 |
| Group Term Life | | | $0.78 | | $10.14 |
| Taxable Non Cash | | | $269.31 | | $3,501.03 |
| **Pre-Tax Deductions** | | | $72.93 | | $948.09 |
| Dental Ins | | | $8.31 | | $108.03 |
| Medical Ins | | | $64.62 | | $840.06 |
| **Taxes** | | | $254.37 | | $3,917.18 |
| Fed W/H | | | $129.77 | | $2,013.29 |
| FICA EE | | | $100.98 | | $1,543.02 |
| Fed MWT EE | | | $23.62 | | $360.87 |
| **Post-Tax Deductions** | | | $514.35 | | $6,686.55 |
| VADD | | | $1.45 | | $18.85 |
| Vlife | | | $4.15 | | $53.95 |
| Rent | | | $508.75 | | $6,613.75 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $589.88 | | $10,772.50 |
| Direct Deposit | 061092387 | XXXXX3998 | $589.88 | | |

### Accruals & Balances

| | | | | |
|---|---|---|---|---|
| Sick Balance: | 21 Hours | | Sick Taken: | 8 Hours |
| Vacation Balance: | 40.39 Hours | Vacation Accrued: | 3.08 Hours | |
| 2020-2021 Vacation Correction Balance: | Hours | | | |

# LINCOLN PROPERTY COMPANY

| | |
|---|---|
| **Employee Name:** | Rodrick L Jones |
| **Employee #:** | 00112748 |
| **Employee Address:** | 900 Joseph E Lowery Blvd NW Apt 322 Atlanta, GA 30318 |
| **Department:** | RES Maintenance |

| | |
|---|---|
| **Pay Date:** | 7/2/2021 |
| **Pay Period:** | 6/13/2021 - 6/26/2021 |
| **Deposit Advice #:** | 405429421 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No |
| **State Filing Status:** | A; Exempt (GA) |
| **State Exemptions:** | 0 (GA) |

| | |
|---|---|
| **Employer Name:** | LINCOLN PROPERTY CO., ECW |
| **Employer Phone:** | 214-740-4440 |
| **Employer Address:** | 2000 MCKINNEY AVENUE, SUITE 1000 DALLAS, TX 75201 |

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 6/13/2021 | 6/19/2021 | 40.00 | 17.0000 | $680.00 |
| Regular | 6/20/2021 | 6/26/2021 | 32.85 | 17.0000 | $558.45 |
| Sick | 6/20/2021 | 6/26/2021 | 8.00 | 17.0000 | $136.00 |
| Overtime | 6/13/2021 | 6/19/2021 | 2.10 | 25.5000 | $53.55 |
| Txbl NonCash OT | 6/13/2021 | 6/26/2021 | | | $3.53 |
| Group Term Life | 6/13/2021 | 6/26/2021 | | | $0.78 |
| Taxable Non Cash | 6/13/2021 | 6/26/2021 | | | $269.31 |